LV/2017R00310

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| | : | Crim. No. 17-_CR 295-(MCA)_ |
| v. | : | |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| ANDREW HINTON | : | 18 U.S.C. §§ 841(a)(1) and (b)(1)(C) |

### I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about March 26, 2017, in Essex County, in the District of New Jersey and elsewhere, the defendant,

### ANDREW  HINTON,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Monmouth County, did knowingly possess in and affecting commerce a loaded firearm, namely a .375 caliber Colt Python, bearing serial number SN K19 211, and six rounds of ammunition, five of which were hollow point bullets.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
(Possession with Intent to Distribute Marijuana)

On or about March 26, 2017, in Essex County, in the District of New Jersey and elsewhere, the defendant,

## ANDREW  HINTON,

knowingly and intentionally did possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2

## FORFEITURE ALLEGATION

1.     The allegations contained in Count One of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the offense in violation of Title 18, United States Code Section 922(g)(1), set forth in Count One of this Indictment, the defendant,

### ANDREW  HINTON,

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of such offenses, including, but not limited to, the .370 caliber Colt Python, bearing serial number SN K19 211, and six rounds of ammunition, five of which were hollow point bullets.

A TRUE BILL,

_____
FOREPERSON

_____
WILLIAM E. FITZGERALD
Acting United States Attorney

3

CASE NUMBER: 17- *Cr 295 (MCA)*

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

## v.

## ANDREW HINTON

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

A True Bill

*Foreperson*

**WILLIAM E. FITZPATRICK**
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

LETICIA VANDEHAAR
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-297-2036